8 So.2d 202

## COMMERCIAL CREDIT CO. v. MARTHA SEALE et al.

### 2 Div. 183.

Supreme Court of Alabama.

May 14, 1942.

Thos. F. Seale, Jr., of Livingston, for petitioners.

Ira D. Pruitt, of Livingston, opposed.

LIVINGSTON, Justice.

Petition of Martha Seale and S. N. Seale for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Commercial Credit Co. v. Seale et al., 8 So.2d 199.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.